Andrew Baum (AB-3783)
Abigail Rubinstein (AR-0689)
DARBY & DARBY P.C.
7 World Trade Center
250 Greenwich Street
New York, NY 10007-0042
Tel: (212) 527-7700
Fax: (212) 527-7701
Email: abaum@darbylaw.com
       arubinstein@darbylaw.com

*Attorneys for Plaintiffs*:
Monster Worldwide, Inc. and Monster (California), Inc.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------x
MONSTER WORLDWIDE, INC. and        :
MONSTER (CALIFORNIA), INC.         :
                                   :   CASE NO.: **08 CV 0956**
            *Plaintiffs*,          :
                                   :
      v.                           :
                                   :
FRANCHISE MONSTER CORP.            :
                                   :   ECF CASE
                                   :
            *Defendants*.          :
-------------------------------------------------x

JAN 29 2008
U.S.D.C. S.D.N.Y.
CASHIERS

JUDGE PRESKA

**RULE 7.1 STATEMENT OF PLAINTIFF MONSTER WORLDWIDE, INC.**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff MONSTER WORLDWIDE, INC. certifies that it is a publicly held

company traded on the NASDAQ Stock Exchange, ticker symbol MNST. There is no other parent corporation or publicly held corporation owning 10% or more its stock.

Dated: January 29, 2008                    By: _____

DARBY & DARBY P.C.
Andrew Baum (AB-3783)
Abigail Rubinstein (AR-0689)
7 World Trade Center
250 Greenwich Street
New York, New York 10007-0042
Tel: (212) 527-7700
Fax: (212) 527-7701

*Attorneys for Plaintiffs*
*Monster Worldwide, Inc.*
*Monster (California), Inc.*