Andrew Baum (AB-3783)
Abigail Rubinstein (AR-0689)
DARBY & DARBY P.C.
7 World Trade Center
250 Greenwich Street
New York, NY 10007-0042
Tel: (212) 527-7700
Fax: (212) 527-7701
Email: abaum@darbylaw.com
arubinstein@darbylaw.com

*Attorneys for Plaintiffs*:
Monster Worldwide, Inc. and Monster (California), Inc.

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x
MONSTER WORLDWIDE, INC. and        :
MONSTER (CALIFORNIA), INC.          :
                                    :
                    *Plaintiffs*,   :
                                    :
       v.                           :
                                    :
FRANCHISE MONSTER CORP.             :
                                    :
                                    :
                                    :
                    *Defendants*.   :
-----------------------------------------------------------x



JUDGE PRESKA

CASE NO. 08-CV-0956

ECF CASE

### RULE 7.1 STATEMENT OF PLAINTIFF MONSTER (CALIFORNIA), INC.

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff MONSTER (CALIFORNIA), INC. certifies that it is a wholly-owned subsidiary of Monster WorldWide, Inc. which is publicly traded on the NASDAQ Exchange,

ticker symbol MNST. There is no other parent corporation or publicly held corporation owning 10% or more its stock.

Dated: January 29, 2008

By: _____

DARBY & DARBY P.C.
Andrew Baum (AB-3783)
Abigail Rubinstein (AR-0689)
7 World Trade Center
250 Greenwich Street
New York, New York 10007-0042
Tel: (212) 527-7700
Fax: (212) 527-7701

*Attorneys for Plaintiffs*
*Monster Worldwide, Inc.*
*Monster (California), Inc.*