AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

MONSTER WORLDWIDE, INC. and
MONSTER (CALIFORNIA), INC.

V.

FRANCHISE MONSTER CORP.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CV 0956

JUDGE PRESKA

TO: (Name and address of Defendant)

Franchise Monster Corp.
2295 S. Hiawassee Road
Suite 311
Orlando, Florida 32832

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andrew Baum (AB-3783)
Abigail Rubinstein (AR-0689)
DARBY & DARBY P.C.
7 World Trade Center
250 Greenwich Street
New York, NY 10007-0042
Tel: (212) 527-7700
Fax: (212) 527-7701

PERSON SERVED: Alex Finch   R.A.
DATE: 1/30/08
TIME: 4:05 pm
PROCESS SERVER: D. Rollings Sr.
#4535

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                JAN 29 2008

CLERK                                             DATE

_Marcos Quintero_
(By) DEPUTY CLERK

Eagle Legal Services
424 E. Central Blvd. # 377
Orlando, FL 32801

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

MONSTER WORLDWIDE, INC. and
MONSTER (CALIFORNIA), INC.

V.

FRANCHISE MONSTER CORP.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**08 CV 0956**

**JUDGE PRESKA**

TO: (Name and address of Defendant)

Franchise Monster Corp.
2295 S. Hiawassee Road
Suite 311
Orlando, Florida 32832

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Andrew Baum (AB-3783)
Abigail Rubinstein (AR-0689)
DARBY & DARBY P.C.
7 World Trade Center
250 Greenwich Street
New York, NY 10007-0042
Tel: (212) 527-7700
Fax: (212) 527-7701

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK _/s/ Marcos Quintero_

DATE   JAN 29 2008

(By) DEPUTY CLERK

✎AO 440  (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                Date                           *Signature of Server*

                                        _____
                                        *Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of New York

Index Number: 08-CV-0956

Date Filed: 1/29/2008

Plaintiff:
**MONSTER WORLDWIDE, INC. and MONSTER (CALIFORNIA), INC.**

vs.

Defendant:
**FRANCHISE MONSTER CORP.**

For:
Andrew Baum, Esq.
DARBY & DARBY P.C.
7 World Trade Center
250 Greenwich Street
New York, NY 10007-0042

Received by EAGLE LEGAL SERVICES & INVESTIGATIONS on the 30th day of January, 2008 at 12:34 pm to be served on **FRANCHISE MONSTER CORP, 2295 S. HIAWASSEE, ROAD, SUITE 311 (or 303), ORLANDO, FL 32832/5 (407) 226-1763**.

I, Derrick Redding, Sr., being duly sworn, depose and say that on the **30th day of January, 2008 at 4:05 pm, I:**

Served the within named **CORPORATION** by delivering a true copy of the **SUMMONS; CIVIL COVER SHEET, COMPLAINT with EXHIBITS 1-4; RULE 7.1 STATEMENT OF PLAINTIFF MONSTER (CALIFORNIA), INC. and RULE 7.1 STATEMENT OF PLAINTIFF MONSTER WORLDWIDE, INC.** with the date and hour of service endorsed thereon by me to ALEX FINCH as **Registered Agent** of the within named corporation, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server in good standing in the county in which the process was served.

Subscribed and Sworn to before me on the 31st day of January, 2008 by the affiant who is personally known to me.

NOTARY PUBLIC

Notary Public State of Florida
Stacie M Sujka
My Commission DD644518
Expires 02/26/2011

Derrick Redding, Sr.
P00032

EAGLE LEGAL SERVICES & INVESTIGATIONS
424 E. Central Blvd.
#337
Orlando, FL 32801
(407) 857-8380
Our Job Serial Number: 2008000896
Ref: MONSTER WORLDWIDE v FRANCHISE MONSTER CO
Service Fee: $100.00

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j