UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

MONSTER WORLDWIDE, INC. and
MONSTER (CALIFORNIA), INC.,
                          Plaintiffs,

          -against-

FRANCHISE MONSTER CORP.
                          Defendants.
----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/08

08 CV 0956

**STIPULATION EXTENDING
TIME TO RESPOND TO
COMPLAINT**

       IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties indicated below, that the time for the defendant, FRANCHISE MONSTER CORP., to respond to the complaint in the above-entitled action is extended up to and including March 21, 2008. It is agreed that a facsimile signature shall serve as an original signature to this stipulation.

Dated:      Uniondale, New York
              February 20, 2008

RIVKIN RADLER LLP

BY: Shari Claire Lewis, Esq. (SL-0527)
Attorney(s) for Defendant
926 RexCorp Plaza
Uniondale, New York 11556-0926
(516) 357-3000

DARBY & DARBY P.C.

BY: Abigail Rubinstein (AR-0689)
Attorney(s) for Plaintiffs,
7 World Trade Center
250 World Trade Center
New York, New York 10007-0042
212-527-7700

So Ordered:

_Loretta A. Preska_
Hon. Judge Loretta A. Preska, U.S.D.J.
February 20, 2008