Case 1:08-cv-00956-LAP    Document 6    Filed 03/31/2008    Page 1 of 2

Andrew Baum (AB-3783)
Abigail Rubinstein (AR-0689)
DARBY & DARBY P.C.
7 World Trade Center
250 Greenwich Street
New York, NY 10007-0042
Tel: (212) 527-7700
Fax: (212) 527-7701

*Attorneys for Plaintiffs*:
Monster Worldwide, Inc. and Monster
(California), Inc.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
MONSTER WORLDWIDE, INC. and
MONSTER (CALIFORNIA), INC.

    *Plaintiffs*,

  v.

FRANCHISE MONSTER CORP.

    *Defendants*.
----------------------------------------x

CASE NO.: 1:08-cv-00956-LAP

ECF CASE

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF THE COMPLAINT WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs, Monster Worldwide, Inc. and Monster (California, Inc.), hereby voluntarily dismisses its Complaint in this action with prejudice.

Defendant, Franchise Monster Corp. has not yet served an answer or otherwise responded to the Complaint.

Dated: March 27, 2008  
      New York, New York

Respectfully submitted,  
DARBY & DARBY, P.C.

By: _____  
Andrew Baum (AB-3783)  
Abigail Rubinstein (AR-0689)  
DARBY & DARBY P.C.  
7 World Trade Center  
250 Greenwich Street  
New York, NY 10007-0042  
Tel: (212) 527-7700  
Fax: (212) 527-7701

*Attorneys for Plaintiffs:*  
Monster Worldwide, Inc. and Monster (California), Inc.

The Clerk of the Court Shall mark this action closed and all pending motions denied as moot.

SO ORDERED:

*March 28, 2008*

LORETTA A. PRESKA, U.S.D.J.